In the Matter of GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, Appellant, against ALGER B. CHAPMAN et al., Constituting the Tax Commission of the State of New York, Respondents.

Submitted February 20, 1950; decided April 6, 1950.

*Ferdinand Tannenbaum, James F. Donnelly, Merwin Lewis* and *Joseph H. Crown* for motion for leave to appeal and *James F. Donnelly* in opposition to motion to dismiss appeal.

*Nathaniel L. Goldstein, Attorney-General (John C. Crary, Jr.,* and *Wendell Brown* of counsel), in opposition to motion for leave to appeal and for motion to dismiss appeal taken as of right.

Motion for leave to appeal dismissed, with $10 costs and necessary printing disbursements, upon the ground that an appeal lies as of right.

Motion to dismiss appeal denied.